UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___01/16/26___

| | |
|---|---|
| JOSE BRYAN MARIA, *individually and on behalf of all others similarly situated,* | |
| Plaintiff, | 25-CV-8919 (ALC) (BCM) |
| -against- | **ORDER** |
| M&C PROVISIONS INC., et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

In light of the order from the District Judge (Dkt. 11), the Initial Case Management Conference previously scheduled for February 18, 2026 at 10:00 a.m. (Dkt. 12) is taken off-calendar. The parties are directed to advise the Court when the mediation is scheduled. Within seven days after the mediation concludes, if the case has not yet settled, the parties must submit a joint letter to the Court with dates that they are available for an Initial Case Management Conference.

Dated: New York, New York
       January 16, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**