CLIFTON BUDD & DEMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

July 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/7/26

**MEMO ENDORSED**

**<u>VIA ELECTRONIC FILING</u>**
Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Maria v. M&C Provisions Inc., et al.**
**Civil Action No. 25-8919 (ALC)(BCM)**
***Scheduling of Initial Case Management Conference***

Dear Judge Moses:

This law firm is legal counsel to the Defendants in the above-referenced matter. We are writing with respect to the scheduling of an initial case management conference in this matter. In response to the Court's directive, the parties advised the Court through a July 2, 2026 letter from Plaintiff's counsel that the parties are mutually available on July 28, 30 and 31, 2026 for this conference. In a July 6, 2026 order of the Court, the Court scheduled the initial case management conference for July 29, 2026, which is not one of the mutually available days identified in response to the Court's directive.

We respectfully request reconsideration of the date for this conference and for it to be scheduled for one of the dates previously identified. Counsel for the Plaintiff consents to this request. Thank you for the Court's courtesies in this matter.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP

By: /s Scott M. Wich

Scott M. Wich

cc: Counsel for Plaintiff, via electronic mail and e-filing

Application GRANTED. The Initial Case Management Conference, scheduled for July 29, 2026, is ADJOURNED to **July 28, 2026** at **12:00 p.m.** No later than **July 21, 2026**, the parties must submit their joint pre-conference statement. (*See* Dkt. 12.) All other provisions of this Court's January 14, 2026 Order remain in effect. SO ORDERED.

July 7, 2026

**Barbara Moses, U.S.M.J.**