USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/12/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE BRYAN MARIA, *individually and on behalf of all others similarly situated*,

Plaintiff,

-against-

M&C PROVISIONS INC., et al.,

Defendants.

25-CV-8919 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at the status conference today, the discovery schedule is EXTENDED as follows:

1. <u>Document Production</u>. Defendant must produce its E-Z Pass records, appropriately Bates-stamped, no later than **November 16, 2026.** The parties must produce all remaining document discovery no later than **November 30, 2026**, including (without limitation):

   a. For defendants, all remaining documents bearing on the delivery schedule for Truck 2M during plaintiff's employment, including (to the extent such records exist), customer invoices and/or receipts for deliveries, showing the date and/or time of delivery; daily, weekly, or other periodic schedules for plaintiff's delivery route, whether formal or informal; and email, text, or other electronic messages between the parties concerning plaintiff's route and/or schedule.

   b. For plaintiff, all relevant electronic records from plaintiff's phone, including location tracking records during plaintiff's employment (*e.g.*, from Google Maps, Apple Maps, or similar applications) and email, text, or other electronic messages between the parties concerning plaintiff's route and/or schedule.

The parties are reminded that records available to them on request from their carrier or service provider will be deemed to be within their "possession, custody, or control" for purposes of Rule 34.

2. Fact Depositions. All fact depositions must be completed no later than **December 21, 2026**.

3. Close of Discovery. All remaining discovery must be completed no later than **January 15, 2027**.

No further extensions of these deadlines will be granted absent a showing of compelling circumstances. All other provisions of this Court's initial case management order (Dkt. 27) remain in effect. Counsel for defendant must promptly file his appearance in this matter.

Dated: New York, New York
November 12, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**